IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID EUGENE TURNER,

    Plaintiff,

v.                                                         CASE NO. 4:10-cv-00193-MP-WCS

TRACIE CRAWFORD, MONICA DAVID, FREDERICK B DUNPHY, HOLLY HAMLIN, M LOCKE, WALTER MCNEIL, F MOCK, TENA M PATE, SHERON WELLS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation regarding the Motion to Dismiss Filed by David Eugene Turner, Doc. 11. The Magistrate Judge recommends that Mr. Turner's motion to voluntarily dismiss under Rule 41(a) of the Federal Rules of Civil Procedure be granted. The Magistrate Judge's Recommendation stated clearly that the partial filing fee paid in this case cannot be put "on hold" in case the matter comes before the Court again, and neither can the Court put the controversy generally "on hold" while the Plaintiff seeks more thoroughly to exhaust his administrative remedies. Therefore, while the Recommendation is that the Motion to Dismiss itself be granted, the additional requested remedies will not be. Neither party has objected to the recommendation, and the time for doing so has passed.

Finding no error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 13, is ADOPTED and incorporated herein.

2.     Plaintiff's Motion to Dismiss, Doc. 11, is GRANTED.

3. This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this   *7th* day of September, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge